IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RICHARD P. WASHBURN, | § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. G-05-346 |
| | § § |
| DR. FRANCIS J. HARVEY SECRETARY OF THE ARMY, | § § § |
| Defendant. | § § |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, all claims brought by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 21st day of July 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge